IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 1:26-CR-219 MLG

RUSSELL ALAN VENENO,

Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE TO THE LA PASADA HALFWAY HOUSE**

On July 30th, 2026, Russell Alan Veneno filed an Unopposed Motion to Modify Conditions of Release to allow his release to La Pasada Halfway House as recommended by United States Probation (Doc. 10) The Court being sufficiently advised on the circumstances of the motion, and it being unopposed upon by the government and the United States Probation Office, finds the motion to be well-taken and will grant it.

IT IS THEREFORE ORDERED THAT Mr. Veneno's Unopposed Motion for of release to La Pasada Halfway House is GRANTED. Mr. Veneno will be released to the third-party custody of the La Pasada Halfway House on the conditions outlined in the Pretrial Services Report. Doc. 10 at 3.

IT IS SO ORDERED.

Laura Fashing

UNITED STATES MAGISTRATE JUDGE